IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMEL R. STEVENS,

    Petitioner,             No. 2:11-cv-3390 MCE CKD P

    vs.

RON BARNS,                   <u>ORDER</u>

    Respondent.

_____/

    On June 11, 2012, this court granted petitioner a thirty-day extension of time to file and serve a traverse. (Dkt. No. 22.) On July 18, 2012, petitioner constructively filed a motion for leave to file a late traverse, along with the traverse itself. (Dkt. Nos. 24, 25.)

    Good cause appearing, petitioner's July 27, 2012 motion for leave to file a late traverse is hereby GRANTED.

Dated: August 2, 2012

                                /s/ Carolyn K. Delaney
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

2
stev3390.ord