IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMEL R. STEVENS,

      Petitioner,                    No. 2:11-cv-3390 MCE CKD P

   vs.

RON BARNS,                               <u>ORDER</u>

      Respondent.

_____/

      On January 28, 2013, petitioner filed two motions for record materials pursuant to the California Rules of Court. (Dkt. Nos. 27, 28.) These state court rules do not apply in this federal action. Moreover, in its order dated December 28, 2011, the court stated that an answer filed in this action "shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition." (Dkt. No. 3, citing Rule 5, Fed. R. Governing § 2254 Cases.) Accordingly, shortly after respondent filed an answer (Dkt. No. 15), he lodged numerous documents with the court concerning the underlying conviction in this action. (Dkt. No. 17.) At this time, the court has no reason to believe that respondent's lodged documents do not include all relevant materials.

////

////

Accordingly, IT IS HEREBY ORDERED THAT both of petitioner's January 28, 2013 motions for record materials (Dkt. Nos. 27, 28) are denied.

Dated: February 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
stev3390.ord